IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-cr-10047-JWB-1 |
| TAMORI MORGAN, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEAL**

Plaintiff, the United States of America, pursuant to 18 U.S.C. § 3731, appeals to the United States Court of Appeals for the Tenth Circuit from this Court's orders dismissing the charges in the indictment, Memorandum and Order (Doc. 35), entered on August 21, 2024, and Memorandum and Order Nunc Pro Tunc (Doc. 36), entered on August 26, 2024.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

s/ Bryan C. Clark
Bryan C. Clark, #24717
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel.: (913) 551-6730
Fax: (913) 551-6541
bryan.clark@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that on September 20, 2024, this document was electronically filed with the Clerk of the U.S. District Court for the District of Kansas using the Court's CM/ECF system, which will send a notice of electronic filing to all ECF system participants as of the time of this filing, including to Defendant's counsel of record.

                                                                s/ Bryan C. Clark